IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TERRI A. BAILEY,

        Plaintiff,

v.                                                                     CIVIL ACTION NO.   5:11-cv-00715

SLM CORPORATION and
SALLIE MAE, INC.,

        Defendants.

**ORDER OF DISMISSAL**

On this date, the Court was advised by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the parties in the above-styled civil action have stipulated "to the dismissal of this action on the grounds [that] the parties have agreed to arbitration of the claims in accordance with the AAA rules."   (Rule 41(a)(1)(A)(ii) Notice of Dismissal (Document 19)).

Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket of the Court.   The Court further **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

It is **ORDERED** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: May 31, 2012

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA